

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 Rahim Javorovac,

    Defendant.
_____/

Case: 2:19-cr-20757
Judge: Tarnow, Arthur J.
MJ: Stafford, Elizabeth A.
Filed: 11-15-2019 At 01:11 PM
INFO USA V. JAVOROVAC (NA)

Violation: 18 U.S.C. § 1544

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 1544 - Improper Use of Another's Passport

D-1    Rahim Javorovac

On or about September 15, 2019, in the Eastern District of Michigan, and elsewhere, defendant Rahim Javorovac, did willfully and knowingly use a United States passport No. 581817047, which passport had been issued and designed for the use of another person, to wit, Almira Javorovac, in that the defendant presented the passport to an Officer with the Customs and Border Protection Agency of the United States at the Ambassador Bridge, Detroit, Michigan, to assist another person in

illegally gaining entry into the United States, in violation of Title 18, United States Code, Section 1544.

MATTHEW SCHNEIDER
  United States Attorney

*/s/ Cawthra Golding*
for MICHAEL MARTIN
Chief, National Security

*/s/ Susan E. Fairchild*
SUSAN FAIRCHILD
Assistant United States Attorney

Dated: 11/15/19

| United States District Court<br>Eastern District of Michigan | Criminal Case Cc | Case: 2:19-cr-20757<br>Judge: Tarnow, Arthur J.<br>MJ: Stafford, Elizabeth A.<br>Filed: 11-15-2019 At 01:11 PM<br>INFO USA V. JAVOROVAC (NA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: |

**Case Title:** USA v. Rahim Javorovac

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony      ☐ Misdemeanor      ☐ Petty

____ Indictment/ ____ Information --- **no prior complaint.**
____ Indictment/ ✓ Information --- based upon prior complaint [Case number: 19-mj-30536    ]
____ Indictment/ ____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

11/15/2019
Date

Susan E. Fairchild
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9577
Fax:    (313) 226-4678
E-Mail address: susan.fairchild@usdoj.gov
Attorney Bar #: P41908

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.